Ross Day, OSB #002395
Day Law, P.C.
7831 St. Charles ST NE
Keizer, Oregon  97303
Mailing Address: P.O. Box 30148
Portland, Oregon 97294
ross@daylawpc.com
T:(503) 747-2705
F:(503) 914-1892
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **LINDSEY GRAHAM,** et al.<br><br>*Plaintiff*,<br><br>*v.*<br><br>**KATE BROWN**, et al.<br><br>*Defendant*. | Case No.: 6:20-cv-01100-MK<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |

**PURSUANT TO FRCP 41(A)(1)(A)(I),** Plaintiff, **LINDSEY GRAHAM, ET AL.**, by and through counsel of record, hereby gives notice to the Court that Plaintiff's claims against Defendant **KATE BROWN, ET AL.,** in the above-entitled cause shall be dismissed without prejudice and without costs or fees to any party.

***RESPECTFULLY SUBMITTED*** this  18th  day of December, 2020.

                                              **DAY LAW, PC**
                                              *Attorneys for Plaintiff Lindsey Graham, et al.*

                                                   /s/ Ross Day
                                              Ross A. Day, OSB #002395
                                              7831 St. Charles Street NE

Keizer, Oregon  97303  
Mailing address: P.O. Box 30148  
Portland, Oregon  97294  
T: 503-747-2705  
E: ross@daylawpc.com